ACCEPTED
03-14-00463-CV
3975916
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/1/2015 10:50:33 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00463-CV

| | | | |
|---|---|---|---|
| DON & CAROL TITEL, Appellants | § | IN THE THIRD | FILED IN 3rd COURT OF APPEALS AUSTIN, TEXAS |
| | § | COURT OF APPEALS, | 2/2/2015 12:00:00 AM JEFFREY D. KYLE Clerk |
| v. | § | TEXAS | |
| MORRIS & LISA MELCHOR, Appellees | § | | |

## MOTION TO EXTEND TIME TO FILE BRIEF

Comes now Appellant, by and through counsel, to move to extend the deadline for filing a brief in this appeal.  As grounds therefor, Counsel would show:

1.  Current Deadline:  February 2, 2015.

2.  Requested Extension:  30 days *after* a complete clerk's record is filed.

3.  Reasons for Extension:

    A.  Incomplete Clerk's Record.  The trial court clerk has not been able to prepare a supplemental transcript as of this writing.  As set forth in the first motion to extend time to file their brief for Appellants, the trial clerk failed to include several summary judgment proofs, which was brought to the attention of the clerk by letter as TRAP 34.5(c)(1) directs.  The trial clerk is reporting to the undersigned that her office has been unable to find certain efiled documents and is researching the issue.  Counsel notes that some of the filings in the trial court were made prior to the transition to the new efiling system, and others were filed after.  The ones the clerk is having trouble locating were filed under the old efile system.

4.  Two previous extensions to file a brief were requested and granted.

PRAYER

1

WHEREFORE, Defendant prays this motion be granted and the Court extend the time for filing appellant's brief.

Respectfully submitted,

Paul C. Velte  IV
Attorney for Appellants
109 E. Hopkins St., Ste. 204
San Marcos, TX  78666
512-353-2299
512-476-9504 FAX
Email:  velte@ptexans.com
Bar #20541700

## **CERTIFICATE OF CONFERENCE**

Counsel for Appellant hereby certifies he has attempted to conduct a conference with counsel for Appellee, Jay Lea, regarding Appellant's Motion to Extend Time, but was unable to contact him in person before filing said motion.

Paul C. Velte  IV

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document upon Jay Lea, Counsel for Appellee, Naman, Howell, Smith & Lee, 8310 Capital of Texas Hwy. North, Ste. 490, Austin, TX  78731, by facsimile transmission the date of filing to: 512-474.1901 or by e-service.

Paul C. Velte IV